**No. 11-6027. Mark Manzella, Petitioner v. Dave Dormire, Superintendent, Jefferson City Correctional Center.**

565 U.S. 1151, 132 S. Ct. 1083, 181 L. Ed. 2d 802, 2012 U.S. LEXIS 556.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 982, 132 S. Ct. 506, 181 L. Ed. 2d 357, 2011 U.S. LEXIS 7809.

**No. 11-6054. Barbara Springs, Petitioner v. New York City Board of Education, et al.**

565 U.S. 1151, 132 S. Ct. 1083, 181 L. Ed. 2d 802, 2012 U.S. LEXIS 456.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 983, 132 S. Ct. 507, 181 L. Ed. 2d 357, 2011 U.S. LEXIS 7901.

**No. 11-6063. Michael Lee Davis, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1151, 132 S. Ct. 1084, 181 L. Ed. 2d 802, 2012 U.S. LEXIS 476.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 983, 132 S. Ct. 508, 181 L. Ed. 2d 358, 2011 U.S. LEXIS 7856.

**No. 11-6107. Judith Tompson, Petitioner v. Massachusetts Department of Mental Health.**

565 U.S. 1151, 132 S. Ct. 1084, 181 L. Ed. 2d 802, 2012 U.S. LEXIS 438.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 984, 132 S. Ct. 512, 181 L. Ed. 2d 360, 2011 U.S. LEXIS 7781.

**No. 11-6119. Gilbert Washington, Petitioner v. School Board of Hillsborough County.**

565 U.S. 1151, 132 S. Ct. 1084, 181 L. Ed. 2d 802, 2012 U.S. LEXIS 549.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 967, 132 S. Ct. 473, 181 L. Ed. 2d 302, 2011 U.S. LEXIS 7585.

**No. 11-6200. F. J., Petitioner v. Florida Department of Children and Families.**

565 U.S. 1151, 132 S. Ct. 1084, 181 L. Ed. 2d 802, 2012 U.S. LEXIS 530.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1016, 132 S. Ct. 553, 181 L. Ed. 2d 400, 2011 U.S. LEXIS 8058.